Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

_____ District of Columbia____

Civil_____ Division

BARBARA K. PARMENTER )
)
)
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
WELLS FARGO BANK, N.A. )
AND )
NATIONSTAR MORTGAGE, L.L.C. )
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)*

Case No. *17 1388*

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

AUG 17 2017

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Barbara K. Parmenter |
| Street Address | 5409 Ivy Street |
| City and County | Springfield, Lane County |
| State and Zip Code | Oregon 97478 |
| Telephone Number | (541) 937-1234 |
| E-mail Address | bparmenter97478@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1
2
3
4
5
6
7
8

UNITED STATES BANKRUPTCY COURT

9

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| 10  IN RE | ) |
| 11  BARBARA K. PARMENTER, | )  Bankruptcy Case<br>)  No.  09-60875-fra11 |
| 12  _____Debtor._____ | ) |
| 13  NATIONSTAR MORTGAGE, LLC, | )  Adversary Proceeding<br>)  No. 17-6051-fra |
| 14  Plaintiff, | ) |
| 15  v. | ) |
| 16  BARBARA K. PARMENTER, | )  ORDER FOR REMAND |
| 17  _____Defendant.____ | ) |

18

19     This matter came on for a status hearing on August 1, 2017.  Present were Defendant, Barbara

20  Parmenter, the removing party (who withdrew mid-hearing), and Lance Olson, Attorney for Nationstar

21  Mortgage.

22     After reviewing the history of the matter, and considering the remarks of the parties present, the court

23  issued its findings of fact and conclusions of law from the bench.  The court specifically finds that a removal

24  notice was filed in this court, but no notice of removal has been filed with the Circuit Court.  As a result, this

25  court has not acquired jurisdiction over the case, except to the extent necessary to remand it.  The court

26  further finds that it should abstain from further action in this matter.  Accordingly, it is

ORDER FOR REMAND-1

1    **ORDERED** that the above captioned matter is remanded to the Circuit Court of the State of Oregon

2    for Lane County; and

3        **IT IS FURTHER ORDERED** that once remand is complete this case shall be closed.

FRANK R. ALLEY, III
Bankruptcy Judge

cc:   Barbara Parmenter, Debtor/Defendant
      Lance Olsen, McCarthy & Holthus, Plaintiff's Attorney
      Office of the U.S. Trustee
      Clerk, Lane County Circuit Court re:  Case No. 15CV21825

ORDER FOR REMAND-2

034983      71404035017017

FILED

August 01, 2017

Clerk, U.S. Bankruptcy Court

1
2
3
4
5
6
7
8

UNITED STATES BANKRUPTCY COURT

9

FOR THE DISTRICT OF OREGON

10
11
12
13
14
15
16
17
18

| | | |
|---|---|---|
| IN RE | ) | Bankruptcy Case |
| BARBARA K. PARMENTER, | ) | No. 09-60875-fra11 |
| | ) | |
| Debtor. | ) | |
| WELLS FARGO BANK, N.A., | ) | Adversary Proceeding |
| | ) | No. 17-6052-fra |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BARBARA K. PARMENTER, | ) | ORDER FOR REMAND |
| | ) | |
| Defendant. | ) | |

19   This matter came on for a status hearing on August 1, 2017.  Present were Defendant, Barbara

20   Parmenter, the removing party (who withdrew mid-hearing).

21       After reviewing the history of the matter, and considering the remarks of the parties present, the court

22   issued its findings of fact and conclusions of law from the bench.  The court specifically finds that a removal

23   notice was filed in this court, but no notice of removal has been filed with the Circuit Court.  As a result, this

24   court has not acquired jurisdiction over the case, except to the extent necessary to remand it.  The court

25   further finds that it should abstain from further action in this matter.  Accordingly, it is

26

ORDER FOR REMAND-1

7140403501702 6

1   **ORDERED** that the above captioned matter is remanded to the Circuit Court of the State of Oregon

2   for Lane County; and

3       **IT IS FURTHER ORDERED** that once remand is complete this case shall be closed.

4

5

6

7

8   FRANK R. ALLEY, III
    Bankruptcy Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   cc:    Barbara Parmenter, Debtor/Defendant
     Colin McKenzie, RCO Legal, Attorney for Plaintiff
25   Office of the U. S. Trustee
     Clerk, Lane County Circuit Court re:  Case No. 161415017
26

ORDER FOR REMAND-2



*I, Barbara, Deputy Clerk, District Court* (handwritten signature)

**FedEx Office**

Address:          800 BELTLINE RD
                  SPRINGFIELD
                  OR 97477
Location:         EUGKK
Device ID:        ~BTC01
Transaction:      890168918356

FedEx Standard Overnight
  786895470736     2.4 lbs. (S)        61.00
      Declared Value    100

         Shipment subtotal:      $61.00

                  Total Due:     $61.00

         (S) CreditCard:         $61.00
      ***********6186

*Showing ORIGINAL Removal was Timely mailed 6-15-2017* (handwritten)

M - Weight entered manually
S - Weight read from scale
T - Taxable item

Terms and Conditions apply.  See
fedex.com/us/service-guide for details.

   Visit us at: fedex.com
   Or call 1.800.GoFedEx
      1.800.463.3339

   Jun 15, 2017 3:41:52 PM

********* WE LISTEN **********
     Tell us how we're doing
& receive a discount on your next order!
   fedex.com/welisten or 800-398-0242
     Redemption Code: _____

       *** Thank you ***

Barbara K. Parmenter
5409 Ivy Street
Springfield, Oregon 97478
Telephone (541) 937-1234
FAX NO. (458) 201-8976
e-mail:bparmenter97478@gmail.com

UNITED STATES J. BARRETT PRETTYMAN DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

BARBARA K. PARMENTER,

Debtor,

BARBARA K. PARMENTER

Petitioner.

CASE NO. 09-60875-fra11

DEBTOR IS FILING HER MOTION FOR DERIVIATIVE REMOVAL OF THE DISTRICT OF OREGON BANKRUPTCY CASE NO. 09-60875-fra11 IN EUGENE, OREGON TO THE J. BARRETT PRETTYMAN UNITED STATES DISTRICT COURT IN THE DISTRICT OF COLUMBIA UNDER TAYLOR vs.LOVE, 415 f. 2d 1118 (1969)

A QUESTION OF FEDERAL LAW ARISES UNDER THE STATE AND DISTRICT OF OREGON COURT'S & GOVERNMENT STRUCTURES ; IF CHANGED, DID THE RESTRUCTURE RESULT IN ARTICLE III CONSTITUTIONAL VIOLATIONS AND ENABLE THE DENIAL OF THE VERIFIED COMMUNICATIONS DISABLED DEBTOR-PETITIONER'S FIRST, FIFTH, AND FOURTEENTH CONSTITUTIONAL AMENDMENT RIGHTS, THE DENIAL OF HER RIGHT TO DUE PROCESS, AND EQUAL PROTECTION UNDER THE LAW, HER RIGHT TO ACCESS THE COURTS,

1

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY THAT I HAVE SERVED A TRUE COPY OF THE "APPEAL FROM
THE U.S. BANKRUPTCY COURT CASE 09-60875-FRA11 ORDER REMAND" and the
"COMPLAINT AND REQUEST FOR INJUNCTION"  TO WELLS FARGO N.A.,          Page | 1
Adversarial Proceedings No. 17-6051-fra, ; NATIONSTAR MORTGAGE, LLC
Adversarial Proceeding No 17-6052 fra ; to the below named individuals and firms
by mailing a true copy of such at the Gateway Postal Service, in Springfield,
Oregon that is addressed, and stamped to the below names persons this /5  th
day of August 2017.

                                    Barbara K. Parmenter, Pro Se

McCarthy & Holthus, LLP                   State of Oregon
930 S.W. 3rd Avenue, First Floor          C/O Cheryl Hiemstra
Portland, Oregon 97204                    1162 Court Street NE
                                          Salem, Oregon 97301

Clerk of the Court
State of Oregon Circuit Court
for the County of Lane
125 East 8th Avenue
Eugene, Oregon 97401

RCO Legal, P.C.                           Gerald Thomas
620 Northwest 10th Street                 620 Northwest 10th Street
511 SW 10th Avenue, Suite 400             Corvallis, Oregon 97330
Portland, Oregon 97205
VIA FAX No. (503) 977-7963

Occupants of the Premises                 Occupants of the Premises
1956 Smithoak Street                      1920 Smithoak Street
Eugene, Oregon 97404                      Eugene, Oregon 97404

Occupants of the Premises                 Occupants of the Premises
1958 Smithoak Street                      1922 Smithoak Street
Eugene, Oregon 97404                      Eugene, Oregon 97404

NOTICE OF APPEAL

AUGUST 14, 2017

TO: THE J. BARRETT PRETTYMAN DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
333 Pennsylvania Avenue
Washington, D.C. 20001

FROM: THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF OREGON
405 EAST 8TH AVENUE
EUGENE, OREGON 97401
EUGENE BRANCH
CASE NO. 09-60875 fra11, ADVERSARIAL PROCEEDINGS

BARBARA K. PARMENTER, DEBTOR, DEFENDANT, APPELLANT
5409 IVY STREET, SPRINGFIELD, OREGON 97478
TELEPHONE NO. (541) 937-1234

NOTICE OF APPEAL FROM THE "ORDER TO REMAND" TO THE OREGON CIRCUIT
COURT FOR THE COUNTY OF LANE NO. 161415017
IN WELLS FARGO BANK, N.A. PLAINTIFF, ADVERSARY PROCEEDINGS
NO. 17-6051-fra11
AND IN
NATIONSTAR MORTGAGE, L.L.C. PLAINTIFF, ADVERSARIAL PROCEEDINGS
NO. 17-6052 fra-11

WELLS FARGO BANK, N.A.
COLIN MCKENZIE
RCO LEGAL
511 SW 10TH AVENUE, SUITE 400
PORTLAND, OREGON 97205
TELEPHONE NO.

NATIONSTAR MORTGAGE, L.L.C.
LANCE OLSEN
MCCARTHY & HOLTHUS LLP
930 S.W. 3RD AVENUE, FIRST FLOOR
PORTLAND, OREGON 97204
TELEPHONE NO.

1.

1



AUG 1 7 2017

Notice is hereby given that Barbara K. Parmenter, Debtor-Defendant in the above named Case No.09-60875 fra11 is filing an Appeal in the J. BARRETT PRETTYMAN DISTRICT COURT FOR THE DISTRICT OF COLUMBIA VIA CASE NO 171388 from the U.S. Bankruptcy Court for the District of Oregon Case No. 09-60875-fra11 and the ORDER TO REMAND to the State of Oregon Circuit Court for the County of Lane Case No.161415017.

2.

A plaintiff must file suit in a court that has jurisdiction over the case.  If the court does not have jurisdiction over the case, the Defendant may challenge the suit on that ground, and the suit may be dismissed, or its results may be overturned in a subsequent action by one of the parties.  Defendant Parmenter challenged the Jurisdiction of the United States Bankruptcy Court for the District of Oregon.

3.

Defendant Parmenter has repeatedly been denied access to the courts, a violation of her First Constitutional Amendment rights.

4.

Debtor-Defendant Parmenter has repeatedly been denied equal and effective communications equal to that of others, equal representation equal to that of others, and she has been denied due process and equal protection of the law which are violations of her Fourteenth Amendment rights.

5.

Both Constitutional violations are questions of law under the United States Constitution, therein making this case a case for a Federal court, as allowed under the Constitution and a case for the U.S. Prettyman District Court where entities may secure jurisdiction if they do not have access to any State or Federal Court in their State.

6.

Federal Crimes against Defendant Parmenter fall under:

18 USC Chapter 13- Civil Rights:

§ 241, Conspiracy against rights

§ 242 Deprivation of rights under color of law

§ 249 Hate crimes prevention act

24 CFR Part 100-Discriminatory Conduct Under The Fair Housing Act: Sub Part C-Discrimination in Residential Housing Practices

Sub Part D- Prohibition Against Discrimination Because of Handicap

Sub Part F- Interference, Coercion or Intimidation.

5.) Civil Rights Act of 1964

9.

29 Code of Federal Regulations Part 35: Nondiscrimination on the Basis of Disability in State and Local Government

Page 505 (7) A public entity shall make reasonable modifications in policies, practices, or procedures when the modifications are necessary to avoid

3

discrimination on the basis of disability, unless the public entity can demonstrate that making the modifications would fundamentally alter the nature of the service, program, or activity.

Respectfully submitted this 14th day of August, 2017

Barbara K. Parmenter, Pro Se

*Resigned 8-15-2017*

*Orig Filed in Oregon District Court*

4

Barbara K. Parmenter
5409 Ivy Street
Springfield, Oregon 97478
Telephone (541) 937-1234
FAX NO. (458) 201-8976
e-mail:bparmenter97478@gmail.com

FedEx Office 6-15-2017 Receipt showing mailing of removal was timely.  Fee $61.00



**FedEx Office**

Address:              800 BELTLINE RD
                      SPRINGFIELD
                      OR 97477
Location:             EUGKK
Device ID:            -BTC01
Transaction:          890168918356

FedEx Standard Overnight
768695470736    2.4 lbs. (S)       61.00
   Declared Value    100

          Shipment subtotal.    $61.00

               Total Due:       $61.00

          (S) CreditCard:       $61.00
          ***************6186

*  - Weight entered manually
S  - Weight read from scale
T  - Taxable item

Terms and Conditions apply.  See
fedex.com/us/service guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
   1.800.463.3339

Jun 15, 2017 3:41:52 PM

S J. BARRETT PRETTYMAN DISTRICT COURT

R THE DISTRICT OF COLUMBIA

CASE NO. 09-60875-fra11

DEBTOR IS FILING HER MOTION FOR DERIVIATIVE REMOVAL OF THE DISTRICT OF OREGON BANKRUPTCY CASE NO. 09-60875-fra11 IN EUGENE, OREGON TO THE J. BARRETT PRETTYMAN UNITED STATES DISTRICT COURT IN THE DISTRICT OF COLUMBIA UNDER TAYLOR vs. LOVE, 415 f. 2d 1118 (1969)

A QUESTION OF FEDERAL LAW ARISES UNDER THE STATE AND DISTRICT OF OREGON COURT'S & GOVERNMENT STRUCTURES; IF SO CHANGED, DID THE RESTRUCTURE RESULT IN ARTICLE III CONSTITUTIONAL VIOLATIONS AND ENABLE THE DENIAL OF THE VERIFIED COMMUNICATIONS DISABLED DEBTOR-PETITIONER'S FIRST, FIFTH, AND FOURTEENTH CONSTITUTIONAL AMENDMENT RIGHTS; THE DENIAL OF HER RIGHT TO DUE PROCESS, HER RIGHT TO EQUAL PROTECTION UNDER THE LAW; HER RIGHT TO ACCESS THE

1

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D

August 1, 2017

Clerk, U.S. Bankruptcy Court

1

2

3

4

5

6

7

8                      UNITED STATES BANKRUPTCY COURT

9                        FOR THE DISTRICT OF OREGON

10   IN RE                                )
                                          )    Bankruptcy Case
11   BARBARA K. PARMENTER,                 )    No. 09-60875-fra11
                                          )
12   _____Debtor._____)
                                          )
13   NATIONSTAR MORTGAGE, LLC,             )    Adversary Proceeding
                                          )    No. 17-6051-fra
14                             Plaintiff,  )
                                          )
15                    v.                   )
                                          )
16   BARBARA K. PARMENTER,                 )    ORDER FOR REMAND
                                          )
17   _____Defendant.___)

18

19        This matter came on for a status hearing on August 1, 2017.  Present were Defendant, Barbara

20   Parmenter, the removing party (who withdrew mid-hearing), and Lance Olson, Attorney for Nationstar

21   Mortgage.

22        After reviewing the history of the matter, and considering the remarks of the parties present, the court

23   issued its findings of fact and conclusions of law from the bench.  The court specifically finds that a removal

24   notice was filed in this court, but no notice of removal has been filed with the Circuit Court.  As a result, this

25   court has not acquired jurisdiction over the case, except to the extent necessary to remand it.  The court

26   further finds that it should abstain from further action in this matter.  Accordingly, it is

ORDER FOR REMAND-1

1    **ORDERED** that the above captioned matter is remanded to the Circuit Court of the State of Oregon

2    for Lane County; and

3    **IT IS FURTHER ORDERED** that once remand is complete this case shall be closed.

4

5

6

7    FRANK R. ALLEY, III
     Bankruptcy Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   cc:   Barbara Parmenter, Debtor/Defendant
           Lance Olsen, McCarthy & Holthus, Plaintiff's Attorney
25         Office of the U.S. Trustee
           Clerk, Lane County Circuit Court re:  Case No. 15CV21825
26

ORDER FOR REMAND-2

034983      7 1 4 0 4 0 3 5 0 1 7 0 1 7

FILED

August 01, 2017

Clerk, U.S. Bankruptcy Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| IN RE | ) |
| BARBARA K. PARMENTER, | ) | Bankruptcy Case<br>No. 09-60875-fra11 |
| Debtor. | ) |
| WELLS FARGO BANK, N.A., | ) | Adversary Proceeding<br>No. 17-6052-fra |
| Plaintiff, | ) |
| v. | ) |
| BARBARA K. PARMENTER, | ) | ORDER FOR REMAND |
| Defendant. | ) |

    This matter came on for a status hearing on August 1, 2017. Present were Defendant, Barbara Parmenter, the removing party (who withdrew mid-hearing).

    After reviewing the history of the matter, and considering the remarks of the parties present, the court issued its findings of fact and conclusions of law from the bench. The court specifically finds that a removal notice was filed in this court, but no notice of removal has been filed with the Circuit Court. As a result, this court has not acquired jurisdiction over the case, except to the extent necessary to remand it. The court further finds that it should abstain from further action in this matter. Accordingly, it is

ORDER FOR REMAND-1

7140403501702б

1    **ORDERED** that the above captioned matter is remanded to the Circuit Court of the State of Oregon

2    for Lane County; and

3    **IT IS FURTHER ORDERED** that once remand is complete this case shall be closed.

4

5

6

7

8                                            FRANK R. ALLEY, III
                                             Bankruptcy Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   cc:    Barbara Parmenter, Debtor/Defendant
            Colin McKenzie, RCO Legal, Attorney for Plaintiff
25          Office of the U. S. Trustee
            Clerk, Lane County Circuit Court re:  Case No. 161415017
26

ORDER FOR REMAND-2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A TRUE COPY OF THE "APPEAL FROM THE U.S. BANKRUPTCY COURT CASE 09-60875-FRA11 ORDER REMAND" and the "COMPLAINT AND REQUEST FOR INJUNCTION"  TO WELLS FARGO N.A.,   Page | :
Adversarial Proceedings No. 17-6051-fra, ; NATIONSTAR MORTGAGE, LLC Adversarial Proceeding No 17-6052 fra ; to the below named individuals and firms by mailing a true copy of such at the Gateway Postal Service, in Springfield, Oregon that is addressed, and stamped to the below names persons this ⟋5⟍ th day of August 2017.

_____
Barbara K. Parmenter, Pro Se

McCarthy & Holthus, LLP
930 S.W. 3rd Avenue, First Floor
Portland, Oregon 97204

Clerk of the Court
State of Oregon Circuit Court
for the County of Lane
125 East 8th Avenue
Eugene, Oregon 97401

RCO Legal, P.C.
620 Northwest 10th Street
511 SW 10th Avenue, Suite 400
Portland, Oregon 97205
VIA FAX No. (503) 977-7963

Occupants of the Premises
1956 Smithoak Street
Eugene, Oregon 97404

Occupants of the Premises
1958 Smithoak Street
Eugene, Oregon 97404

State of Oregon
C/O Cheryl Hiemstra
1162 Court Street NE
Salem, Oregon 97301

Gerald Thomas
620 Northwest 10th Street
Corvallis, Oregon 97330

Occupants of the Premises
1920 Smithoak Street
Eugene, Oregon 97404

Occupants of the Premises
1922 Smithoak Street
Eugene, Oregon 97404

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

# PRIORITY
## ★ MAIL ★
## EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5

**103**

UNITED STATES POSTAL SERVICE®

1007    20001

U.S. POSTAGE
PAID
SPRINGFIELD, OR
97475
AUG 16, 17
AMOUNT
**$23.75**
R2304M113249-13

PRIORITY MAIL EXPRESS

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

UNITED STATES
POSTAL SERVICE ®

PRIORITY ★ MAIL ★ EXPRESS™

Barbara Parmenter
5409 Ivy Street
Springfield, OR 97478

Clerk of the Court
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001